UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-078 JD |
| | ) | |
| AARON J. JONES | ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 30, 2012 [DE 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Aaron J. Jones' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:  October 2, 2012

                                      /s/ JON E. DEGUILIO
                                      Judge
                                      United States District Court